## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 16-cv-0063-WJM-KLM

CLASSIE CHISHOLM,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICE, LLC,
TRANS UNION, LLC,
MIDLAND FUNDING, LLC,
MIDLAND CREDIT MANAGEMENT, INC., and
U.S. BANK, NA,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS PARTIES
## MIDLAND FUNDING, LLC AND MIDLAND CREDIT MANAGEMENT, INC

This matter comes before the Court on the Stipulated Motion to Dismiss Parties Midland Funding, LLC and Midland Credit Management, Inc. (ECF No. 43.) The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Stipulated Motion (ECF No. 43) is GRANTED. Pursuant to the parties' stipulation in the Motion, Midland Funding, LLC and Midland Credit Management, Inc., are dismissed with prejudice, pursuant to F.R.C.P. 41.

The Clerk and the Parties shall modify the case caption to reflect the Court's Order in all future filings.

Dated this 15th day of March, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge