**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 16-cv-063-WJM-KLM

CLASSIE CHISHOLM,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICE, LLC,
TRANS UNION, LLC,
U.S. BANK, NA,

    Defendants.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS PARTY U.S. BANK, N.A.

---

This matter comes before the Court on the Stipulated Motion to Dismiss Party U.S. Bank, N.A. (ECF No. 44.) The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Stipulated Motion (ECF No. 44) is GRANTED. Pursuant to the parties' stipulation in the Motion, U.S. Bank, N.A., is dismissed with prejudice, pursuant to F.R.C.P. 41.

The Clerk and the Parties shall modify the case caption to reflect the Court's Order in all future filings.

Dated this 15th day of March, 2016.

BY THE COURT:

William J. Martínez
United States District Judge

Dated this 15th day of March, 2016.

BY THE COURT:

William J. Martínez
United States District Judge